# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIO CESAR ANGULO,
        Appellant,
    vs.
DIANA SULLIVAN; CAROLYN
ELLSWORTH; NANCY LEMCKE;
NADIA HOJJAT; AND LUCAS
GAFFNEY,
        Respondents.

No. 83153

**FILED**

JUL 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's motion for leave to proceed in forma pauperis. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. The order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion for leave to proceed in forma pauperis. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-22150

cc:   Hon. Jasmin D. Lilly-Spells, District Judge
Hon. Linda Marie Bell, Chief Judge
Julio Cesar Angulo
Carolyn Ellsworth
Diana Sullivan
Lucas Gaffney
Nadia Hojjat
Nancy Lemcke
Eighth District Court Clerk